USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1541  WILLIAM H. MOORE, Plaintiff, Appellant, v. COUNTY OF WORCESTER, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Edward F. Harrington, U.S. District Judge] ____________________ Before Torruella, Chief Judge, Boudin and Stahl, Circuit Judges. ____________________ William H. Moore on brief pro se. Edward P. Ryan, Jr. and  O'Connor & Ryan, P.C. on brief for appellee Worcester County. Scott Harshbarger , Attorney General, and  Ellyn H. Lazar , Assistant Attorney General, on brief for appellees District Attorney John Conte and Assistant District Attorney Joseph Lostracco. ____________________ September 29, 1997 ____________________ Per Curiam. The filled-in form plaintiff contends he returned to the court does not appear in the district court record. Consequently, the district court did not err or abuse its discretion in assessing a filing fee or denying plaintiff's motion to vacate.  The case was properly dismissed under 28 U.S.C. S 1915(e)(2)(B).  Affirmed. -2-